UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TANYA R. SPALLIERO, | ) | NO. ED CV 08-834-RGK(E) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER ADOPTING FINDINGS,** |
| v. | ) | |
| | ) | **CONCLUSIONS AND RECOMMENDATIONS** |
| MICHAEL J. ASTRUE, COMMISSIONER | ) | |
| OF SOCIAL SECURITY ADMINISTRATION, | ) | **OF UNITED STATES MAGISTRATE JUDGE** |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court has reviewed the pleadings and other papers herein along with the attached Report and Recommendation of United States Magistrate Judge.

    IT IS ORDERED that: (1) the Report and Recommendation is approved and adopted as the Findings of Fact and Conclusions of Law herein; (2) Plaintiff's Motion for Summary Judgment is denied;
(3) Defendant's Motion for Summary Judgment is granted; and
(4) Judgment shall be entered in favor of Defendant.
///
///

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment by United States mail on the Plaintiff, counsel for Plaintiff and on the United States Attorney for the Central District of California.

DATED: March 18, 2009.

/s/ Gary Klausner
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

2